UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cohn,

                        Plaintiff(s),

      -against –

Home Depot U.S.A., Inc.,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-09380 (CS) (AEK)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: May 30, 2023

      White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.